IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Master Case No. 5:15-CV-00013-BR

IN RE: NC SWINE FARM )
NUISANCE LITIGATION )
_____ )

THIS DOCUMENT RELATES TO:
*Gillis, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00185

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movants, Woody and Annjeanette Gillis, Executors of the Estate of Gwendolyn Gail Pickett, requesting that they be substituted as Plaintiffs. The Court notes that pursuant to Rule 25 of the Federal Rules of Civil Procedure, the Plaintiffs have filed a suggestion of death reflecting that Plaintiff Gwendolyn Gail Pickett had died. The Court notes that the Plaintiffs represent that Woody and Annjeanette Gillis are duly qualified to act as the executors of the Estate, Rule 25(a)(1) provides for substitution upon the death of a party, and that counsel for the Defendant has consented to the motion.

Wherefore, the Court hereby grants the motion and orders that for purposes of the long-form caption of the matter, and the claim for Gwendolyn Gail Pickett, the caption should be modified to substitute for the Plaintiff Gwendolyn Gail Pickett, the following: "Woody Gillis and Annjeanette Gillis, as Executors of the Estate of Gwendolyn Gail Pickett."

So ordered, this the 14 day of August, 2017.

_____
Robert B. Jones, Jr.
United States Magistrate Judge