IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE No. 7:14-cv-000185-BR

ANNJEANETTE GILLIS, et al.,

    Plaintiffs,

v.                                    <u>MEMORANDUM OPINION AND ORDER</u>

MURPHY-BROWN, LLC, d/b/a
SMITHFIELD HOG PRODUCTION
DIVISION,

    Defendant.

Pending before the court is plaintiffs' motion in Limine
regarding Evidence or Argument on Hiring an Attorney and
Incorporated Brief (ECF No. 122). The plaintiffs raised the
same motion in the cases of <u>McKiver v. Murphy-Brown, LLC</u>, Civil
Matter No. 7:14-180-BR; <u>McGowan v. Murphy-Brown, LLC</u>, Civil
Matter No. 7:14-182-BR; and <u>Artis v. Murphy Brown, LLC</u>, Civil
Matter No. 7:14-237-BR.

In <u>McKiver</u> and <u>McGowan</u>, the court granted the plaintiffs'
motion, with the caveat that "if during the trial defendant's
counsel believed testimony on these issues would be appropriate
and should not be excluded, i.e., fitting within the parameters
of what the court suggested would be allowable, counsel could
approach the bench and the court would hear argument."
Similarly, in <u>Artis</u>, the court allowed plaintiffs' motion to

exclude evidence or argument on hiring an attorney; however, the caveat was not included in the court's order.

For the reasons stated in the above-mentioned cases, the motion is **GRANTED** with the caveat that defendant's counsel may request a bench conference at trial consistent with the court's prior ruling.

The Clerk is directed to send copies of this order to all counsel of record.

IT IS SO ORDERED this 23rd of October, 2018.

ENTER:

David A. Faber
Senior United States District Judge