```
             UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF NORTH CAROLINA
                    SOUTHERN DIVISION


              CASE NO: 7:14-CV-185-BR
```

**ANNJEANETTE GILLIS, et al.,**

    **Plaintiffs,**

**v.**                                                     <u>**ORDER**</u>

**MURPHY-BROWN, LLC d/b/a**
**SMITHFIELD HOG PRODUCTION**
**DIVISION,**

    **Defendant.**

Pending before the court is defendant's motion to bifurcate the issues of liability for and the amount of compensatory damages from the issues of liability for and amount of punitive damages at trial. (ECF No. 110). For reasons to be placed on the record at a later date, that motion is **GRANTED**.

The Clerk is directed to send copies of this Order to all counsel of record.

**IT IS SO ORDERED** this 24th day of October, 2018.

                                                  ENTER:

                                                _____

                                                David A. Faber
                                                Senior United States District Judge