IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE No. 7:14-cv-000185-BR

**ANNJEANETTE GILLIS, et al.,**

    **Plaintiffs,**

**v.**                                             **MEMORANDUM OPINION AND ORDER**

**MURPHY-BROWN, LLC, d/b/a**
**SMITHFIELD HOG PRODUCTION**
**DIVISION,**

    **Defendant.**

Pending before the court is Plaintiffs' Motion in Limine Regarding Evidence or Argument on Dismissed and Abandoned Claims and Parties. (ECF No. 120). The plaintiffs filed similar motions in the cases of McKiver v. Murphy-Brown, LLC, Civil Matter No. 7:14-180-BR; McGowan v. Murphy-Brown, LLC, Civil Matter No. 7:14-182-BR; and Artis v. Murphy Brown, LLC, Civil Matter No. 7:14-237-BR. Consistent with the its ruling in McKiver, McGowan, and Artis, the court finds that evidence of dismissed and abandoned claims and parties is not relevant in this case and further, presents a substantial risk of causing jury confusion. Thus, the court **GRANTS** the plaintiffs' motion.

The clerk is directed to send copies of this Order to all counsel of record.

IT IS SO ORDERED this 6th day of November, 2018.

                                **ENTER:**

                                */s/ David A. Faber*
                                David A. Faber
                                Senior United States District Judge