# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
### CASE No. 7:14-cv-000185-BR

ANNJEANETTE GILLIS, et al.,

    Plaintiffs,

v.                              __MEMORANDUM OPINION AND ORDER__

MURPHY-BROWN, LLC, d/b/a
SMITHFIELD HOG PRODUCTION
DIVISION,

    Defendant.

Pending before the court is defendant's Motion in Limine to Permit Evidence of Ramifications of an Adverse Verdict. (ECF No. 129).

Consistent with the court's Order on a similar motion in McGowan v. Murphy-Brown, LLC, Civil Matter No. 7:14-182-BR (ECF No. 222), the court **DENIES** the defendant's motion because the business consequences resulting from this lawsuit or any damage award that effect non-parties are not relevant to this action.

The Clerk is directed to send copies of this Order to all counsel of record.

IT IS SO ORDERED this 6th day of November, 2018.

                      ENTER:

                      _David A. Faber_____

                      David A. Faber
                      Senior United States District Judge