```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                       SOUTHERN DIVISION
                  CASE No. 7:14-cv-000185-BR
```

**ANNJEANETTE GILLIS, et al.,**

    **Plaintiffs,**

**v.**                                              <u>**MEMORANDUM OPINION AND ORDER**</u>

**MURPHY-BROWN, LLC, d/b/a
SMITHFIELD HOG PRODUCTION
DIVISION,**

    **Defendant.**

    Pending before the court is plantiffs' Motion in Limine to Bar Untimely Expert Reports and Incorporated Brief in Support Motion (ECF No. 124), and plaintiffs' Motion in Limine to Exclude Late Disclosed Witnesses (ECF No. 127). Defendant has filed responses in opposition to both of these motions. (<u>See</u> ECF Nos. 139, 143). Both plaintiffs' Motion in Limine to Bar Untimely Expert Reports and Incorporated Brief in Support and plaintiffs' Motion in Limine to Exclude Late Disclosed Witnesses are **GRANTED.**

    The Clerk is directed to send copies of this Order to all counsel of record.

    IT IS SO ORDERED this 6th day of November, 2018.

                                  **ENTER:**

                                  */s/ David A. Faber*
                                  David A. Faber
                                  Senior United States District Judge