```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                       SOUTHERN DIVISION
                    CASE No. 7:14-cv-000185-BR
```

**ANNJEANETTE GILLIS, et al.,**

    **Plaintiffs,**

**v.**                                          <u>**MEMORANDUM OPINION AND ORDER**</u>

**MURPHY-BROWN, LLC, d/b/a**
**SMITHFIELD HOG PRODUCTION**
**DIVISION,**

    **Defendant.**

    Pending before the court is plaintiffs' Motion in Limine to Exclude Expert Testimony from Defendant's Lay Witnesses and Incorporated Brief. (ECF No. 121). Defendant filed a response in opposition. (ECF No. 137). The plaintiffs filed similar motions in the cases of <u>McKiver v. Murphy-Brown, LLC</u>, Civil Matter No. 7:14-180-BR; <u>McGowan v. Murphy-Brown, LLC</u>, Civil Matter No. 7:14-182-BR; and <u>Artis v. Murphy Brown, LLC</u>, Civil Matter No. 7:14-237-BR. Consistent with the court's ruling in <u>McKiver</u>, <u>McGowan</u>, and <u>Artis</u>, the court **GRANTS** the plaintiffs' Motion in Limine to Exclude Expert Testimony from Defendant's Lay Witnesses and Incorporated Brief.

    The Clerk is directed to send copies of this Order to all counsel of record.

    IT IS SO ORDERED this 6th day of November, 2018.

                            ENTER:   *David A. Faber*
                                                David A. Faber
                                                Senior United States District Judge