```
                UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF NORTH CAROLINA
                      SOUTHERN DIVISION

                   CASE NO: 7:14-CV-185-BR
```

**ANNJEANETTE GILLIS, et al.,**

    **Plaintiffs,**

**v.**                                               **MEMORANDUM OPINION**
                                                               **AND ORDER**

**MURPHY-BROWN, LLC d/b/a
SMITHFIELD HOG PRODUCTION
DIVISION,**

    **Defendant.**

      Pending before the court is defendant's motion in limine to exclude worker health-related information. (ECF No. 101). In the related cases of McGowan v. Murphy-Brown, LLC, Civil Action No. 7:14-182-BR, and Artis v. Murphy-Brown, LLC, Civil Action No. 7:14-237-BR, the court granted similar motions. See ECF No. 102. For the same reasons expressed in those earlier cases, defendant's motion is **GRANTED** in that any worker health-related evidence previously excluded by the court is likewise excluded herein. However, to the extent that defendant seeks to expand the scope of those earlier rulings to exclude deposition testimony of Dr. Wing not previously excluded by the court, the motion is **DENIED**. Viewed in context, Dr. Wing's testimony does not delve too deeply into issues of occupational exposure and serves to lay a foundation for his testimony in other respects including his qualifications for the opinions he offers. Therefore, the

probative value of Dr. Wing's references to studies regarding occupational exposures is not outweighed by the danger of unfair prejudice to Murphy-Brown.

The Clerk is directed to send copies of this Order to all counsel of record.

**IT IS SO ORDERED** this 9th day of November, 2018.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge