IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-cv-00185-BR

ANNJEANETTE GILLIS, et al.,

    Plaintiffs,

v.                                      **ORDER**

MURPHY-BROWN, LLC, d/b/a
SMITHFIELD HOG PRODUCTION
DIVISION,

    Defendant.

    Pending before the court is plaintiffs' unopposed motion for pre-and post-judgment interest. (ECF No. 302). That motion is **GRANTED**. The award of compensatory damages shall bear interest at the rate set forth in N.C. Gen. Stat. § 24-1 from the date of the filing of the complaint, 21 August 2014, until the entry of judgment, per annum and without compounding. The total money judgment (i.e. compensatory damages, pre-judgment interest, and costs, if any) shall bear interest at the legal rate at the rate set forth in 28 U.S.C. § 1961(a) from the entry of judgment until paid, computed daily and compounded annually.

    The Clerk is directed to send copies of this Order to counsel of record.

    IT IS SO ORDERED this 28th day of December, 2018.

                  ENTER: *David A. Faber*
                            David A. Faber
                            Senior United States District Judge