IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE No. 7:14-cv-000185-BR

**ANNJEANETTE GILLIS, et al.,**

    **Plaintiffs,**

v.                                         **MEMORANDUM OPINION AND ORDER**

**MURPHY-BROWN, LLC, d/b/a
SMITHFIELD HOG PRODUCTION
DIVISION,**

    **Defendant.**

Pending before the court is plaintiffs' Omnibus Motion in Limine. ECF No. 125. In the plaintiffs' proposed stipulation, they set out the topics they wanted the parties to agree on or, in the alternative, the court to rule on. See ECF No. 125, exhibit. 1. The defendant filed a Response in Partial Opposition to Plaintiffs' Omnibus Motion in Limine. ECF No. 141. The topics raised in plaintiffs' motion have either been stipulated by the parties or have been decided by the court's written or oral Orders as the issues arose at trial.

Therefore, the plaintiffs' motion is **GRANTED**, as it relates to the topics stipulated by the parties. All topics that were not agreed upon by the parties were ruled on by the court as the issues arose at trial.

The Clerk is directed to send copies of this Order to all counsel of record.

IT IS SO ORDERED this 6th of March, 2019

**ENTER:**