UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO: 7:14-CV-185-BR

ANNJEANETTE GILLIS, et al.,

      Plaintiffs,

v.                                                      <u>ORDER</u>

MURPHY-BROWN, LLC d/b/a
SMITHFIELD HOG PRODUCTION
DIVISION,

      Defendant.


At the conclusion of plaintiffs' case in chief, on November 30, 2018, defendant moved for judgment as a matter of law pursuant to Rule 50(a). (ECF No. 259). At the conclusion of defendant's case, on December 4, 2018, defendant renewed that motion for judgment as a matter of law. The court deferred ruling on those motions. Those motions are **DENIED.** Should defendant file a motion under Rule 50(b) or Rule 59, the court will "decid[e] the legal questions raised by the motion."

The Clerk is directed to send copies of this Order to all counsel of record.

**IT IS SO ORDERED** this 27th day of September, 2019.

ENTER: